# PRACTICE REPORTS.

## SUPREME COURT.

JOHN M. FLINT administrator, &c. agt. RICHARD H.
MOREHOUSE.

It is not necessary to state the residence of counsel in an affidavit for a motion
for leave to reply double; it is only necessary to show by affidavit, that the
matters sought to be replied *are true.* The 63d rule only applies where the
advice of counsel *is necessary.* .

*December Term,* 1845.

Motion for leave to reply double to defendant's special pleas.
The declaration contained the common counts for work and
labor, board, lodging, tuition, &c. Pleas, several issues, statute
of limitations (non-assumpsit, *infra sex annos*) and infancy.
Plaintiff moved for leave to reply to the plea of the statute of'
limitations, defendant's absence from the state; that plaintiff
took out the first letters of administration on the estate of the
intestate within one year before suit brought, and a new prom-
ise. And to the plea of infancy, necessaries and a new prom-
ise. Defendant's counsel objected that the affidavit on which
the motion was made, was insufficient under the 63d rule, not
showing the residence of counsel who gave the advice, &c.
Plaintiff's counsel replied, that the rule only applied where
advice of counsel *was necessary ;* that in this case it was only
necessary to show by affidavit, that the matters sought to be
replied *were true,* the *court* would judge of the necessity, &c.
Defendant's counsel *on the merits,* read affidavits that the
matters sought to be replied were not true.

VOL. II.                    1

R. GOODMAN, *plaintiff's counsel.*
WOODRUFF & GOODMAN, *plaintiff's attorneys.*
J. A. SPENCER, *defendant's counsel.*
J. S. RATHBONE, *defendant's attorney.*

JEWETT, Justice. Overruled the defendant's objection to the insufficiency of plaintiff's affidavit. And as to the [*6] replication of a new promise *after defendant became of full age; the judge said it could not be necessary or proper, as the intestate was shown to have died long before the defendant was of the age of twenty-one years; he however granted the motion, so far as to allow the plaintiff to reply double, *only* to the plea of the statute of limitations.